| | |
|---|---|
| 1 | BARRY J. PORTMAN |
| | Federal Public Defender |
| 2 | VARELL L. FULLER |
| | Assistant Federal Public Defender |
| 3 | 160 West Santa Clara Street, Suite 575 |
| | San Jose, CA 95113 |
| 4 | Telephone: (408) 291-7753 |
| 5 | Counsel for Defendant CRUZ-BOTELLO |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 10-00625-JF |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO EXTEND SELF-SURRENDER DATE; [PROPOSED] ORDER** |
| v. | ) | |
| | ) | |
| JUAN CARLOS CRUZ-BOTELLO, | ) | |
| | ) | Honorable Lucy H. Koh |
| Defendant. | ) | **(Duty Judge)** |
| _____ | ) | |

## STIPULATION

Defendant Juan Carlos Cruz-Botello, by and through Assistant Federal Public Defender Varell L. Fuller, and the United States, by and through Assistant United States Attorney Allison Marston Danner, hereby stipulate that, with the Court's approval, the defendant's December 1, 2011, self-surrender, shall be extended to January 2, 2012.

The defendant Juan Carlos Cruz-Botello was sentenced to 60 months in custody following his guilty plea to violating 21 U.S.C. §§ 841(a)(1) and 841(b)(A)(viii), distribution of over 50 grams of methamphetamine. The Court ordered him to self-surrender by 2:00 p.m. on December 1, 2011, to the institution designated by the Bureau of Prisons to serve the sentence

STIPULATION TO EXTEND SURRENDER
DATE; [PROPOSED] ORDER
No. CR 10-00625-001-JF                    1

1  imposed.  The reason for the requested extension is Mr. Cruz-Botello was notified on November

2  28, 2011, of the facility where he is to self-surrender, and he has not finalized travel

3  arrangements to arrive there by December 1.  Additionally, Mr. Cruz-Botello's wife is presently

4  unemployed and he is assisting her job search by providing care for their children while she

5  participates in a job training program through the Salvation Army and seeks employment.

6  Accordingly, Mr. Cruz-Botello respectfully request an extension to January 2, 2012, to allow

7  him to finalize his travel arrangement to his BOP facility and to continue assisting his wife

8  secure employment to provide for their children before he surrenders to serve the sentence

9  imposed.

10      For the foregoing reasons, the parties stipulate and respectfully ask that the Court extend

11  Mr. Cruz-Botello's self-surrender date to January 2, 2012.  Mr. Cruz-Botello remains under

12  Pretrial Services supervision and he has been compliant with all pretrial release conditions as

13  ordered.  Counsel for Mr. Cruz-Botello has consulted with Pretrial Services Officer Jaime

14  Carranza, who is assigned to this matter, and he has no objection to the requested extension.

15      Accordingly, it is respectfully requested that the Court extend Mr. Cruz-Botello's self-

16  surrender date to January 2, 2012.

17      IT IS SO STIPULATED.

Dated: November 29, 2011

                                                                     _____/s/_____
                                                                     VARELL L. FULLER
                                                                       Assistant Federal Public Defender

Dated: November 29, 2011

                                                                       _____/s/_____
                                                                    ALLISON MARSTON DANNER
                                                                    Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 10-00625-JF |
| | ) | |
| Plaintiff, | ) | **[PROPOSED] ORDER EXTENDING SELF-SURRENDER DATE** |
| | ) | |
| vs. | ) | |
| | ) | |
| JUAN CARLOS CRUZ-BOTELLO, | ) | |
| | ) | Honorable Lucy H. Koh |
| Defendants. | ) | |

GOOD CAUSE APPEARING, and upon stipulation of the parties, IT IS HEREBY ORDERED that Mr. Juan Carlos Cruz-Botello's self-surrender date is extended from December 1, 2011, to January 2, 2012. IT IS FURTHER ORDERED that he shall surrender for service of the sentence previously imposed in this matter by 2:00 p.m. on January 2, 2012, to the BOP facility to which he has been designated or the San Jose United States Marshal's Office.

IT IS SO ORDERED.

Dated:    11/30/11

*(signature: Lucy H. Koh)*
HON. LUCY H. KOH
United States District Court Judge

STIPULATION TO EXTEND SURRENDER
DATE; [PROPOSED] ORDER
No. CR 10-00625-001-JF                 3